1 So.2d 40

**Albert ROULHAC v. Bert ROULHAC.**

**4 Div. 177.**

Supreme Court of Alabama.

Feb. 8, 1941.

W. L. Lee & Alto V. Lee, III, and W. G. Hardwick, all of Dothan, for appellant.

T. E. Buntin, of Dothan, for appellee.

PER CURIAM.

Appeal dismissed on motion of appellant.

1 So.2d 923

**Appeal of Bertram R. SCHUERMANN.**

**In re ESTATES of John V. SCHEUER-MANN et al.**

**1 Div. 127.**

Supreme Court of Alabama.

April 10, 1941.

Wm. V. McDermott, of Mobile, for appellant.

PER CURIAM.

Appeal dismissed on motion of arbitrators.

2 So.2d 925

**60 MISCELLANEOUS SLOT MACHINES, etc., v. STATE.**

**6 Div. 772.**

Supreme Court of Alabama.

April 22, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

PER CURIAM.

Appeal dismissed, want of prosecution.

1 So.2d 40

**STATE ex rel. Thos. S. LAWSON, Atty. Gen. v. Chas. E. CARMICHAEL, as Probate Judge of Colbert County.**

**8 Div. 91.**

Supreme Court of Alabama.

Jan. 14, 1941.

Thos. S. Lawson, Atty. Gen., and Wm. H. Loeb, Asst. Atty. Gen., for the State.

PER CURIAM.

Dismissed on motion of Attorney General.

1 So.2d 40

**STATE ex rel. Thos. S. LAWSON, Atty. Gen., v. U. G. (alias Ulysses Grant) WATFORD, as Sheriff of Houston County.**

**4 Div. 183.**

Supreme Court of Alabama.

Feb. 15, 1941.

Thos. S. Lawson, Atty. Gen., and Silas C. Garrett, III, and W. W. Callahan, Asst. Attys. Gen., for the State.

John W. Rish, W. L. Lee, Alto V. Lee, III., and W. G. Hardwick, all of Dothan, for defendant.

PER CURIAM.

Defendant found guilty and his removal from the office of Sheriff of Houston County, Alabama, is hereby ordered.

GARDNER, C. J. and THOMAS, BOULDIN, and BROWN, JJ., concur.

FOSTER and LIVINGSTON, JJ., dissent.

KNIGHT, J., not sitting.